# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia


FILED
MAR 23 '18
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America )
v. )
) **UNDER SEAL**
) Case No. 2:18mj166
WALLACE GROVE GODWIN, )
)
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief, or about to on or about March 22, 2018, in the Eastern District of Virginia the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening to murder and assault a United States official |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

READ AND REVIEWED:

_____
Daniel T. Young
Assistant United States Attorney

_____
*Complainant's signature*
Gerren Stith, Special Agent, U.S. Capitol Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-23-18

City and state: Norfolk, VA

_____
*Judge's signature*
Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*