**ORIGINAL**

Capitol police
10536445

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

**SEALED**

| | |
|---|---|
| United States of America ) | Case No. 2:18mj166 |
| v. ) | |
| Wallace Grove Godwin, ) | |
| *Defendant* ) | |

RECEIVED UNITED STATES MARSHAL
2018 MAR 23 A 11:
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Wallace Grove Godwin                            , who is accused of an offense or violation
based on the following document filed with the court:

Indictment          Superseding Indictment          Information          Superseding Information     X Complaint

Probation Violation Petition          Supervised Release Violation Petition          Violation Notice Order of the Court

This offense is briefly described as follows:

Threatening to murder and assault a United States official in violation of 18 U.S.C. § 115(a)(1)(B).

FILED IN OPEN COURT
M
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date: 3-23-18

*Issuing officer's signature*

City and state: Norfolk, VA

Lawrence R. Leonard
United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/23/18          , and the person was arrested on *(date)* 3/23/18
at *(city and state)*          .

Date: 3/23/18 VA beach, Va

*Arresting officer's signature*

Gerren Stith, Special Agent
*Printed name and title*