# INITIAL APPEARANCE MINUTES:

| | |
|---|---|
| Time set: **2:30** | Date: **3/23/18** |
| Start Time: **2:40** | Presiding Judge: **Lawrence R. Leonard, USMJ** |
| End Time: **2:45** | Courtroom Deputy: **L. Woodcock** |
| | Reporter: **FTR** |
| Split Time ( ) | U.S. Attorney: **Daniel Young, AUSA** |
| | Defense Counsel: |
| | ( ) Retained ( ) Court appointed ( ) AFPD |
| | Interpreter: |

*Andrew Grindrod, AFPD, present*

Case Number: 2:18mj166
USA v. Wallace Grove Godwin

- (X) Deft. Present ( ) custody ( ) not in custody
- (X) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest (X) Criminal Complaint
- (X) Deft. advised of rights, charges and right to counsel
- (X) Counsel desired ( ) Defendant to retain: _____
- ( ) Defendant's motion to substitute counsel
- ( ) Order to substitute counsel executed and filed in open court
- (X) Financial Affidavit filed in open Court  *FPD appointed in open court.*
- (X) Court (X) Directed ( ) Denied appointment of counsel
- ( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
- ( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
- ( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
- ( ) Waiver of Detention Hearing (In this District only)
- ( ) Commitment to Another District entered and filed in open court
- ( ) (X) Preliminary ( ) Removal Hearing set for **3-27-18** at **2:30** before **RJK** U.S. Magistrate Judge in **mag 2**.
- ( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
- ( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
- (X) Government motion for Detention
- ( ) Government motion to withdraw motion for detention and set bond ( ) Granted **RJK** ( ) Denied
- (X) Detention Hearing scheduled for **3-27-18** at **2:30** before **RJK**.
- ( ) Detention Hearing ( ) Held ( ) Waived in _____.
- (X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
- ( ) Bond set at $_____
- ( ) Special Conditions of Release: **(See Page 2)**
- (X) Deft. remanded to custody of U.S. Marshal
- (X) Warrant returned executed and filed in open court
- ( ) Defendant is directed to appear on _____ at _____ for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( ) Norfolk ( ) Newport News
- ( ) _____
- ( ) _____

Gov't Motion to Unseal Case - Granted.
FPD objection to det. hearing - overruled.