FILED
APR - 5 2018
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA )
) Case No. 2:18mj166
v. )
)
WALLACE GROVE GODWIN, )
)
Defendant. )

ORDER

On the joint request of the parties and based on their representations to the Court, as evidenced by their endorsements on this order, the Court finds that:

1. On March 23, 2018, a warrant was issued for the arrest of the defendant on a complaint charging him with threatening to murder and assault a United States official in violation of Title 18, United States Code, Section 115(a)(1)(B).

2. The defendant was arrested and made his initial appearance on March 23, 2018.

3. On March 27, 2018, at the conclusion of a detention hearing, the Court granted the Government's motion for detention and ordered that the defendant be detained pending trial.

4. The Speedy Trial Act requires that any indictment against a defendant be filed within 30 days from the date on which the defendant was arrested, subject to any excludable period of time. 18 U.S.C. §§ 3161(b) & (h).

5. The Government and the defendant are exploring the possibility of a pre-indictment resolution of potential charges against the defendant.

6. The last day of the grand jury session in Norfolk that will be held prior to the date on which an indictment against the defendant must be filed is April 20, 2018, which may not afford

sufficient time for the parties to reach a pre-indictment plea agreement and schedule a guilty plea hearing.

7. The Government and the defendant jointly request that thc timc within which an indictment must be filed against the defendant be extended to May 25, 2018, to afford time for the parties to pursue plea negotiations and, if a plea agreement is reached, to schedule a guilty plea hearing.

Accordingly, it is hereby ORDERED that the time within which an indictment must be filed is extended to May 25, 2018. The Court finds that based on the reasons set forth above, the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial.

/s/
Douglas E. Miller
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

Date: 4/5/18

We ask for this:

Alan M. Salsbury
Assistant United States Attorney

Kirsten Kmet
Assistant Federal Public Defender

Wallace Grove Godwin
Defendant