IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:18mj166 |
| | ) | |
| WALLACE GODWIN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please be advised that Alan M. Salsbury, Assistant United States Attorney, will act as co-counsel for the Government on all matters in reference to the above-styled case.

            Tracy Doherty-McCormick
            Acting United States Attorney

            By:       /s/
                Alan M. Salsbury
                Assistant United States Attorney
                101 West Main Street, Suite 8000
                Norfolk, Virginia 23510
                Tel. - 757-441-6331
                Fax - 757-441-6689
                Email - alan.salsbury@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record who are users of the CM/ECF system.

/s/
Alan M. Salsbury
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone Number - 757-441- 6331
Facsimile Number - 757-441-6689
E-mail Address - alan.salsbury@usdoj.gov