**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

UNITED STATES OF AMERICA

v.                                                                 Action No. 2:18mj166

WALLACE GROVE GODWIN,

                Defendant.

## O R D E R

The defendant, Wallace Grove Godwin, having filed a motion to file under seal a report of a psychological examination of the defendant (ECF No. 21), conducted in conjunction with the Court's prior order (ECF No. 19) for a competency examination, it is hereby:

ORDERED that the defendant's motion to seal the report of the psychological examination is GRANTED, for good cause shown, because the report contains sensitive and private health information pertaining to the defendant. Therefore, the Clerk of Court is directed to file the subject report under seal and to send a copy of this Order to counsel for the government and the defendant.

                                             /s/
                            Robert J. Krask
                    United States Magistrate Judge
                       Robert J. Krask
                  United States Magistrate Judge

Norfolk, Virginia
June 6, 2018